UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

DEC 01 2025

FILED _____ RECEIVED _____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                  Case No. 25-16827 PDR
KELLIX HERMOGENE                               Chapter 7

_____ Debtor _____/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows regarding Debtor's real property located at 3519 SW 15th Court Fort Lauderdale, FL 33312and the mortgage on this property held by SN Servicing Corporation ("Lender"):

**A.**     The final Mortgage Modification Mediation ("MMM") conference was conducted on November 21, 2025, and the following parties were present:

    1. [X]     The Debtors Kellix Hermogene and Johanne Joseph and Debtors' attorney Young Kim, Esquire.
    2. [ ] The co-obligor/co-borrower/or other third party, _____

    _____

    3. [X]     The Lender's representatives, Marina Amador and Jeanette Williamson and Lender's attorney, Melbalynn Fisher, Esquire.
    4. [ ]     Other: _____

**B.**     The final MMM conference was scheduled for _____, but not conducted for the following reason:

    1. [ ]The parties settled prior to attending.
    2. [ ]The case was dismissed.
    3. [ ]The Debtor or [ ] Debtor's attorney failed to attend.
    4. [ ]The Lender's representative or [ ] Lender's attorney failed to attend.
    5. [ ]Other: _____.

**C.**     The result of the MMM conference is as follows:

    1. [X]     **The parties reached an agreement**.
    2. [ ]The parties did not reach an agreement.

Respectfully submitted this 21st day of November 2025.

Viktoria Collins, Esquire
Circuit Court Mediator
Certification No.: 20426CFRA
Fla. Bar No. 0521299
4767 New Broad St.
Orlando, FL 32814
Telephone: (407) 790 4173
Facsimile: (407) 347 4092
vcollins@collinslawandmediation.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel.

**Debtors' Counsel**, Young Kim, Esquire, Consumer Law Attorneys 2727 Ulmerton Rd., Ste. 270 Clearwater, FL 33762

**Creditor**, c/o Creditor's Counsel.

Creditor's Counsel; Melbalynn Fisher, Esquire, Ghidotti Berger 1031 North Miami Beach Blvd North Miami Beacph, FL 33162.

# *C*ollins Law and Mediation, P.L.

4767 New Broad Street
Orlando FL, 32814
www.collinslawandmediation.com
vcollins@collinslawandmediation.com

*Vi*ktoria Collins, Esquire
**Florida Supreme Court**
**Certified Circuit & Family Mediator**
**Certified Appellate & Federal Mediator**

Direct Dial: (407) 619-1885
vcollins@collinslawandmediation.com

November 21, 2025

Kellix Hermogene
Case No. 25-16827
Chapter 7

Dear Clerk of the US Bankruptcy Court,

Enclosed for filing please find the Final Mediation Report which was conducted on November 21, 2025. I am please to report the parties reached an agreement.

If you have any questions, or need additional information, please contact me at your earliest convenience at 407 619 1885.

Very truly yours,

*Vi*ktoria Collins